EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Práctica de las instituciones financieras del país referentes al uso del notario como agente de cierres y agente de seguros de título en los mismos casos en que actuán como notario; práctica de las instituciones financieras del país referentes a los gastos y honorarios notariales correspondientes en los casos de refinanciamiento de propiedades inmuebles | 2003 TSPR 35<br><br>158 DPR _____ |

Número del Caso: EM-2003-1

Fecha: 6/marzo/2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Práctica de las instituciones
financieras del país referentes
al uso del notario como agente
de cierres y agente de seguros
de título en los mismos casos
en que actúan como notario;
práctica de las instituciones
financieras del país referentes
a los gastos y honorarios
notariales correspondientes en
los casos de refinanciamiento
de propiedades inmuebles

ORDEN

San Juan, Puerto Rico, a 6 de marzo de 2003

Examinado el Informe Preliminar de la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos, rendido el 7 de enero de 2003, en respuesta a la Orden EM-2002-5 emitida el 1ro. de octubre de 2002, y tomando en consideración las denuncias adicionales hechas por varios notarios sobre las prácticas de las instituciones financieras en los asuntos de epígrafe, se determina la necesidad y conveniencia de ampliar el ámbito de la investigación de dichas prácticas por entender que inciden, además, en la responsabilidad primordial de fiscalización y supervisión de las instituciones financieras que operan o hacen negocios en el Estado Libre Asociado de Puerto Rico,[1] y en el propósito primordial de vindicar

---

[1] Ley Núm. 4 de 11 de octubre de 1985, Ley de la Oficina del Comisionado de Instituciones Financieras.

e implementar los derechos del consumidor[2].

Por lo anterior, se crea una Comisión Especial compuesta por el Comisionado de Instituciones Financieras, Hon. Antonio Padilla Cintrón, el Secretario del Departamento de Asuntos del Consumidor, Hon. Javier A. Echevarría Vargas y la Directora de la Oficina de Inspección de Notarías del Tribunal Supremo de Puerto Rico, Lcda. Carmen Hilda Carlos para realizar una investigación exhaustiva de las prácticas antes señaladas y rendir un informe que integre los hallazgos y recomendaciones relacionados con sus respectivas áreas de competencia para hacer efectivos los propósitos de sus leyes y reglamentos y el poder inherente de este Tribunal para regular la profesión de abogado y notario.

Los miembros de dicha Comisión quedan por la presente facultados para determinar la organización, procedimiento y funcionamiento de la misma a los fines del propósito de su creación.

La presente sustituye la Orden del 1ro. de octubre de 2002 y tendrá vigencia inmediata.

Publíquese.

Lo decreta y firma,


José A. Andréu García
Juez Presidente



CERTIFICO:



Patricia Otón Olivieri
Secretaria del Tribunal Supremo

---

[2] Ley Núm. 5 de 23 de abril de 1973, según enmendada, Ley Orgánica del Departamento de Asuntos del Consumidor.